UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 3:13-CR-57 RLM |
| | ) | |
| NICKY L. SMITH | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 25, 2013 [Doc. No. 13]. Accordingly, the court now ADOPTS those findings and the recommendation, ACCEPTS defendant Nicky Smith's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:   July 15, 2013

                                        /s/ Robert L. Miller, Jr.
                                        Judge
                                        United States District Court